2124209_1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA M. JENKINS, | : | NO: |
| Plaintiff | : | |
| v. | : | |
| SMARTLINK, LLC, | : | |
| Defendant | : | JURY TRIAL DEMANDED |

### COMPLAINT

**Jurisdiction and Venue:**

1.      This is an action for equitable relief and damages, to secure protection of and to redress deprivation of rights secured by the Americans with Disabilities Act (ADA), 42 U.S.C. §1211, the Family and Medical Leave Act, 29 U.S.C. §2601 *et. seq.*, and the Pennsylvania Human Relations Act (PHRA), 43 P.S. §951 *et. seq.*

2.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331 and 42 U.S.C. §12117(a) and §2000e-5 due to claims arising under the laws of the United States, and pursuant to 28 U.S.C. §1367 concerning claims under State law.

3.      Venue is proper in this district since the discriminatory acts giving rise to the claim occurred in this district, as required by 42 U.S.C. §12117(a) and §2000e-5(f)(3).

**Parties:**

4.      Plaintiff, Donna M. Jenkins is an adult woman who resides in West Chester, Chester County, Pennsylvania.

2124209_1

5.    Defendant, Smartlink, LLC (Smartlink) is a business with its headquarters in Annapolis, Maryland and doing business in this district at 1000 West 9th Avenue, Suite D, King of Prussia, PA.

6.    Smartlink  is a national staffing and services company for the communications industry with field offices in over twenty markets and employing in excess of 500 people.

**Administrative Prerequisites to Suit**

7.    The Plaintiff filed a charge alleging disability discrimination with the Equal Employment Opportunity Commission (EEOC) on November 24, 2014.  A true and correct copy of said charge is attached hereto as Exhibit "1".

8.    A copy of the charge was filed with the Pennsylvania Human Relations Commission pursuant to the procedures of the EEOC.  A true copy of the EEOC's letter notifying the Plaintiff that this would be done is attached hereto as Exhibit "2".

9.    The EEOC issued a Notice of Right to Sue on January 22, 2016.   A true and correct copy of said Notice is attached hereto as Exhibit "3".

**Facts:**

10.    The Plaintiff has a medical condition, lumbar radiculopathy, which substantially limits her ability to lift, bend, stoop, climb, walk, stand, sleep and concentrate.  She had lumbar spine surgery in 2009, after which her medical condition persists with the aforesaid limiting effects.

11.    The Plaintiff was employed by Smartlink beginning on or about July, 15, 2013 as a Project Manager, a salaried position without fixed work hours.  A true copy of her offer letter is attached as Exhibit A.

2124209_1

12.     Prior to July 31, 2014, the Plaintiff had scheduled an appointment on August 4, 2014 with a spinal surgeon for evaluation of future treatment of the aforementioned condition.

13.     On July 31, 2014, the Plaintiff informed her supervisor that, due to the aforesaid appointment, she would be late for a team meeting scheduled to take place on August 4, 2014 in the King of Prussia location.

14.     During the appointment, the spinal surgeon determined that the Plaintiff should have radiologic testing late that same day, which could be done on a walk-in basis if by 5:00 p.m.

15.     The Plaintiff went directly from the appointment to Smartlink's King of Prussia office, where she informed Mr. Bellotte of the spinal surgeon's recommendation and that she would have to leave by 4:00 p.m. in order to get the radiologic testing done.  Mr. Bellotte expressed no problems with her doing so.

16.     On August 8, 2014, the Plaintiff was terminated.  A true copy of the email and attached notice whereby she was notified of her termination is attached as Exhibit B.

17.     Thereafter, and for the first time, Smartlink began to make accusations about the Plaintiff's work performance, including that she was often late, regularly left work early, spent excessive time on the telephone while working, engaged in text messaging during meetings, and improperly withholding the return of company equipment after her termination.

18.     As a direct and proximate result of the defendant's said conduct, the Plaintiff has suffered serious injury including, but not limited to, loss of earnings and

2124209_1

earning potential, dramatically increased costs for commuting and lodging, emotional distress and embarrassment.

19.     The defendant's conduct was outrageous, willful, wanton, and undertaken with reckless indifference to the Plaintiff's legal rights.

## CAUSES OF ACTION

## COUNT I

## RETALIATION FOR TAKING FMLA LEAVE

20.     The Plaintiff incorporates paragraphs 1 through 19 by reference as if fully set forth herein.

21.     The defendant's termination of the Plaintiff and its accusations about her performance and conduct, were in retaliation for her taking medical leave in violation of 29 U.S.C. §2615(a)(2).

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant legal and equitable relief against defendant, including:

a. a declaration that the conduct toward the Plaintiff was unlawful;

b. back pay with interest;

c. reinstatement, or in lieu thereof, front pay;

d. an additional equal amount as liquidated damages;

e. attorneys' fees and costs of suit.

2124209_1

## COUNT II

## DISCRIMINATION UNDER THE AMERICANS WITH DISABILITIES ACT (ADA)

22.    Plaintiff incorporates paragraphs 1 through 21 by reference as if fully set forth herein.

23.    The Plaintiff believes, and therefore avers, that the reason given for the termination was a pretext, in whole or in part, for discrimination based on her disability, or her disability as perceived by the Defendant, because, inter alia;

      a.    the termination took place just four days after her disclosures concerning her medical condition; and

      b.    the accusations about her work performance, which have been asserted by Smartlink as the reason for her termination, are false.

24.    The defendant's adverse actions against the Plaintiff were therefore unlawful discrimination based upon her disability in violation of 42 U.S.C. §12112(a).

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant legal and equitable relief against defendant, including:

      a.    a declaration that its conduct toward the Plaintiff was unlawful;

      b.    back pay with interest;

      c.    reinstatement, or in lieu thereof, front pay;

      d.    compensatory damages in an amount in excess of $150,000.00;

      e.    punitive damages;

      f.    attorneys' fees and costs of suit.

2124209_1

## COUNT III

## RETALIATION UNDER THE AMERICANS WITH DISABILITIES ACT (ADA)

25.     The Plaintiff incorporates paragraphs 1 through 24 by reference as if fully set forth herein.

26.     The Plaintiff's communications to Mr. Bellotte requesting time off from work for her appointment with the spinal surgeon and subsequent radiologic testing were requests for reasonable accommodation of her disability.

27.     The Plaintiff believes, and therefore avers, that the reason given for her termination was motivated, in whole or in determining part, by her requests for accommodation.

28.     The defendant's adverse actions against the Plaintiff were therefore unlawful retaliation in violation of 42 U.S.C. §12203.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant legal and equitable relief against defendant, including:

        a.     a declaration that its conduct toward the Plaintiff was unlawful;

        b.     back pay with interest;

        c.     reinstatement or, in lieu thereof, front pay;

        d.     compensatory damages in an amount in excess of $150,000.00;

        e.     punitive damages;

        f.     attorneys' fees and costs of suit.

2124209_1

## COUNT IV

## DISCRIMINATOIN UNDER THE PENNSYLVANIA HUMAN RELATIONS ACT

29.    The Plaintiff incorporates paragraphs 1 through 28 by reference as if fully set forth herein.

30.    The Defendant's adverse actions were unlawful discrimination in violation of 43 P.S. §955(a).

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant legal and equitable relief against Defendant, including:

    a.  a declaration that its conduct toward the Plaintiff was unlawful;

    b.  back pay with interest;

    c.  reinstatement, or in lieu thereof, front pay;

    d.  compensatory damages in an amount in excess of $150,000.00; and

    e.  attorneys' fees and costs of suit.

## COUNT V

## RETALIATION UNDER THE PENNSYLVANIA HUMAN RELATIONS ACT

31.    The Plaintiff incorporates paragraphs 1 through 30 by reference as if fully set forth herein.

32.    The Defendant's adverse actions were unlawful  retaliation in violation of 43 P.S. §955(d).

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant legal and equitable relief against Defendant, including:

    a.  a declaration that its conduct toward the Plaintiff was unlawful;

2124209_1

   b.  back pay with interest;

   c.  reinstatement, or in lieu thereof, front pay;

   d.  compensatory damages in an amount in excess of $150,000.00; and

   e.  attorneys' fees and costs of suit.

WILLIAM T. WILSON
MacELREE HARVEY, LTD.
Penna. Attorney I.D. No. 41793
17 West Miner Street, P.O. Box 660
West Chester, PA  19381-0660
(610) 436-0100
wwilson@macelree.com

Attorney for Plaintiff

*Exhibit 1*

1678665_1

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 530-2015-01309 |

and EEOC

## PENNSYLVANIA HUMAN RELATIONS COMMISSION

*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Donna Jenkins | 484-557-5562 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 323 MacKenzie Drive, West Chester, PA 19380 | | 05/20/1967 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Smartlink LLC | 1000+ | 410-263-5465 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1997 Annapolis Exchange Parkway, Suite 200, Annapolis, MD 21401 | | Anne Arundel |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ AGE

☒ RETALIATION ☐ NATIONAL ORIGIN ☒ DISABILITY ☐ OTHER *(Specify)*

| DATE DISCRIMINATION TOOK PLACE |
|---|
| EARLIEST (ADEA/EPA)   LATEST (ALL) |
| August 8, 2014 |
| ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was terminated four days after having medical appointments relating to a disability, the first time during my employment with Smartlink when I took time off from scheduled work.

RECEIVED 14 NOV 24 PM 4: 25

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)* *Barbara J Butler* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
|---|---|
| 11/21/14 Date   *Donna W. Jenkins* Charging Party *Signature)* | *Donna W. Jenkins* 11/21/14 SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, and year)* |

EEOC FORM 5

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Barbara J Butler, Notary Public
West Chester Boro, Chester County
My commission expires September 21, 2016

# *Exhibit 2*

Case 2:16-cv-01877-MMB    Document 1    Filed 04/20/16    Page 12 of 21

MacElree Harvey, Ltd.
Attorneys at Law
17 West Miner Street
Post Office Box 660
West Chester, PA 19381-0660



MacElree Harvey™

November 21, 2014

William T. Wilson

wwilson@macelree.com
p] 610.840.0206
f] 610.430.7885

**_Via Certified Mail – Return Receipt Requested_**
Pennsylvania Human Relations Commission
110 North 8th Street, Suite 501
Philadelphia, PA  19107

Re:    *Donna Jenkins v. Smartlink, LLC*

To Whom It May Concern:

Enclosed is a copy of a Charge of Discrimination on behalf of Ms. Donna Jenkins, the charging party in the above captioned matter.   We are contemporaneously filing this Charge with the EEOC and are sending this to you to insure timely cross filing.

Kindly return a date-stamped copy of the first page of the filed document to my attention, and accept this letter as my entry of appearance on Ms. Jenkins' behalf.

Thank you for your cooperation.

Yours very truly,

William T. Wilson

WTW*bjb

Enclosures

cc:    Donna Jenkins

1683700_1

*Exhibit 3*

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**   JAN 2 7 2016

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:   Donna Jenkins
      323 Mackenzie Drive
      West Chester, PA 19380

From:   Philadelphia District Office
        801 Market Street
        Suite 1300
        Philadelphia, PA 19107

☐   *On behalf of person(s) aggrieved whose identity is*
    *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2015-01309 | **Legal Unit,**<br>**Legal Technician** | **(215) 440-2828** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]   More than 180 days have passed since the filing of this charge.

[ ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]   The EEOC is terminating its processing of this charge.

[ ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____
**Spencer H. Lewis, Jr.,**
**District Director**

1/22/16
*(Date Mailed)*

Enclosures(s)

CC:   Philip J. Morin, III, Esq.
      FPSF FLORIO PERRUCCI STEINHARDT & FADER
      235 Broubalow Way
      Phillipsburg, NJ 08865

      William T. Wilson, Esq.
      MACELREE HARVEY, LTD
      17 West Miner Street
      Post Office Box 660
      West Chester, PA 19381

*Exhibit A*



June 21st, 2013

Donna Jenkins
890 S. Matlack Street Apt. 160
West Chester, PA 19382

Dear Donna,

It is with great pleasure that Smartlink formally recommends you for the position of Project Manager. This recommendation of employment is contingent upon successful completion of our background investigation.

_July 15th DR_

Start Date – Your employment is projected to officially begin on ~~June 28~~th, 2013. Please note this date is an estimate and may vary based on specific job requirements and your availability to commence work.

Salary – Your salary will start at $4,791.67 per semi-monthly pay period, which is $115,000.00 on an annualized basis.

Expenses - You will be reimbursed for your business related expenses including and limited to internet, data and phone, which shall not exceed $150.00 on a monthly basis. In addition, you will be reimbursed for your actual mileage traveled in your personal vehicle for business purposes at the applicable Smartlink reimbursement rate.

Benefits – Health and dental insurance will be offered under the Smartlink plan and are available on the first of the month following thirty days of employment. Employees contribute 30% towards the cost of health/dental benefits if elected. Smartlink offers a 401(k) plan program after 90 days of employment. Participation in these plans is optional. In addition, upon your commencement of employment you will be eligible for ten (10) vacation days, which may be utilized during your first twelve (12) months of employment. Please note this vacation time shall not accrue on a year to year basis, and is not compensated for upon termination of employment.

This recommendation of employment, if not previously acknowledged by you, will expire seven days from the date of this letter, although additional time for consideration of the position can be made available in writing if you find it necessary. If you wish to commence work at this position, please sign in the place provided below and return it to me within the prescribed time. Please note that by executing this letter, you are acknowledging your intent to commence work at the position described above, however, your right to benefits and your status as an employee will not commence until your first day on the job.

1997 Annapolis Exchange Pkwy • Suite 200 • Annapolis, MD 21401
p: 410.263.5465 (LINK) • f: 410.263.5470 • 1.888.828.5465 (LINK)
www.smartlinkllc.com



We look forward to having you join our Company and become a member of our team. Your employment with the company is at-will and neither this letter nor any other oral or written representations may be considered a contract for any specific period of time. Further, this letter may not be construed as a guarantee of employment or promise by Smartlink of the position described above.

If you have any questions, please do not hesitate to contact me directly.

Best Regards,

Ryan M. Beard
Vice President of HR-Legal
Smartlink
(410) 263-5465

I agree to the terms of the employment set forth above:

_____    6/24/13
Donna Jenkins                       Date

1997 Annapolis Exchange Pkwy • Suite 200 • Annapolis, MD 21401
p: 410.263.5465 (LINK) • f: 410.263.5470 • 1.888.828.5465 (LINK)
www.smartlinkllc.com

# *Exhibit B*

---

**verizon**
**Verizon Message Center**

---

Tuesday, Aug 12 at 11:01 AM

**From:**   Kelly Fieldhouse <kelly.fieldhouse@smartlinkllc.com>

**To:**   "donnajenkins@verizon.net" donnajenkins@verizon.net

**Subject:**   Term Notification Letter 8.8.14 - Jenkins, Donna

Good Morning Donna,

Please see the attached letter which serves as official notification that August 8th, 2014 was your last day of employment with Smartlink.

**Compensation**
Your final paycheck will be a **live check**, mailed to the following address:

323 Mackenzie Drive
West Chester, PA 19380

**Expenses**
If you have not already done so, please submit any outstanding expenses into Concur as soon as possible. Your monthly expense cap for internet/phone/data for August will be pro-rated at $38.72. There are 31 calendar days in August, and you will have been employed with Smartlink for 8 of those days:

$150.00 / 31 * 8 = $38.72

**Insurance**
Your last day of insurance coverage will be August 31st, 2014.

**Smartlink Assets**
Please ship your Smartlink Assets including Laptop, Laptop Bag and Power Cord –

- Smartlink Headquarters

    ATTN: Kelly Fieldhouse

    1997 Annapolis Exchange Parkway, Suite 200

    Annapolis, MD 21401

- Ground Shipment

- Please include - $1,000.00 insurance on the shipment

Include the shipment receipt in the box and Smartlink will reimburse you for the shipment once the Assets are received.

*Please remember, you are responsible for returning these assets to SML.*

Please feel free to contact me directly with any questions.

Thank you,
Kelly

 Description:
Chain-only

**Kelly Fieldhouse | Personnel Coordinator**
**Smartlink**
(o) 410.263.5465 ext. 1367
(f) 410.263.5470

*Proud Sponsor of the Chesapeake Bayhawks Major League Lacrosse 2010, 2012 & 2013 Champions!*
*www.thebayhawks.com*

Visit Our Careers Page - www.smartlinkllc.com
Like Us on Facebook - Facebook Turn Pro
Follow Us on Twitter - @JobsSmartlink

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic email or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply email so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you



August 8th, 2014

Effective:  August 8th, 2014

Donna Jenkins
323 Mackenzie Drive
West Chester, PA 19380

This letter serves to officially notify you that August 8th, 2014 is your last day of employment with Smartlink.

Should you have any questions, please do not hesitate to contact Smartlink Human Resources at (410) 263-5465.

1997 Annapolis Exchange Pkwy • Suite 200 • Annapolis, MD 21401
p: 410.263.5465 (LINK) • f: 410.263.5470 • 1.888.828.5465 (LINK)
www.smartlinkllc.com